JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
MICHAEL A. BERTA, State Bar No. 194650 (mberta@wsgr.com)
ARIANA M. CHUNG-HAN, State Bar No. 197572 (achung@wsgr.com)
RYAN R. SMITH, State Bar No. 229323 (rsmith@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
SANDISK CORPORATION

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JL

C 07 3588

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation, | CASE NO.: |
| Plaintiff, | COMPLAINT FOR PATENT INFRINGEMENT |
| v. | DEMAND FOR JURY TRIAL |
| IMATION CORPORATION, a Delaware corporation, d/b/a IMATION ENTERPRISES CORPORATION, MEMOREX PRODUCTS, INC., a California corporation, formerly d/b/a MEMTEC PRODUCTS, INC., a California corporation and DOES I to X, | |
| Defendants. | |

Plaintiff SanDisk Corporation ("SanDisk") hereby alleges for its Complaint against defendants Imation Corporation, Imation Enterprises Corporation, and Memorex Products, Inc., (collectively, "defendants"), on personal knowledge as to its own activities and on information and belief as to the activities of others, as follows:

## THE PARTIES

1. Plaintiff SanDisk is a Delaware corporation with its principal place of business in Milpitas, California. SanDisk, the world's largest supplier of flash data storage products, is in the business of designing, manufacturing and marketing solid-state data storage products using patented, high density flash memory and controller technology.

2. On information and belief, Defendant Imation Corporation is a Delaware corporation with its principal place of business in Oakdale, Minnesota and Defendant Imation Enterprises Corporation is a subsidiary of Imation Corporation. Imation Corporation and Imation Enterprises Corporation will collectively be referred to as "Imation." Among other things, Imation is in the business of marketing and selling USB flash memory drives for use in a variety of applications.

3. Defendant Memorex Products, Inc ("Memorex") is a division of Imation with its principal place of business in Cerritos, California. Memorex is also in the business of marketing and selling USB flash memory drives for use in a variety of applications.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338(a), because this action contains a claim for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, et seq.

5. Personal jurisdiction and venue are proper in this Court pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and/or 1400(b), in that defendants have committed acts of infringement in this judicial district and a substantial part of the events giving rise to SanDisk's claims occurred in this judicial district.

## INTRADISTRICT ASSIGNMENT

6. Pursuant to Local Rule 3-5(b), assignment to the San Francisco Division of the U.S. District Court for the Northern District of California is appropriate because a related action (Case No. 3:01-cv-04063) involving the same patent and substantially the same parties is currently pending before Judge Walker in the San Francisco Division.

**FIRST CAUSE OF ACTION**
**(PATENT INFRINGEMENT)**
**(35 U.S.C. § 271)**

7. On February 11, 1997, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 5,602,987 ("the '987 patent"), entitled "FLASH EEPROM SYSTEM," to Eliyahou Harari, Robert D. Norman, and Sanjay Mehrotra. At all relevant times, SanDisk has been the owner, by valid assignment, of all right, title, and interest in and to the '987 patent. A copy of the '987 patent is attached to this Complaint as Exhibit 1.

8. The defendants have manufactured, used, sold, offered for sale, and/or distributed in this judicial district and elsewhere in the United States products (e.g., USB flash memory drives) that infringed and continue to infringe the '987 patent, directly, contributorily, and/or by inducement, in violation of 35 U.S.C. § 271.

9. Unless enjoined by this Court, the defendants will continue to infringe the '987 patent and SanDisk will continue to suffer irreparable harm for which there is no adequate remedy at law. Accordingly, SanDisk is entitled to preliminary and/or permanent injunctive relief against such infringement pursuant to 35 U.S.C. § 283.

10. As a result of the defendants' infringement of the '987 patent, SanDisk has been and will continue to be injured in its business and property rights, and is entitled to recover damages for such injuries pursuant to 35 U.S.C. § 284 in an amount to be determined at trial.

11. The defendants' infringement of the '987 patent has been and continues to be deliberate and willful, thereby rendering this an exceptional case pursuant to 35 U.S.C. §§ 284 and 285.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff SanDisk requests entry of judgment in its favor and against defendants as follows:

A. Declaring that the '987 patent is valid and enforceable, and that defendants have infringed one or more claims of that patent;

B. Preliminarily and/or permanently enjoining defendants, their officers, agents, servants, employees and attorneys, and all persons acting in active concert or participation with

them, from further infringing, contributing to and/or inducing the infringement of the '987 patent, in accordance with 35 U.S.C. § 283;

      C.    Awarding SanDisk damages in an amount adequate to compensate SanDisk for defendants' infringement, in accordance with 35 U.S.C. § 284;

      D.    Increasing the damages to three times the amount found or assessed by virtue of the deliberate and willful nature of defendants' infringement, in accordance with 35 U.S.C. § 284;

      E.    Awarding SanDisk its costs of suit, including reasonable attorneys' fees; and

      F.    Granting such other and further relief as this Court may deem just and appropriate.

Dated: July 11, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
James C. Yoon

Attorneys for Plaintiff
SANDISK CORPORATION

## CERTIFICATION UNDER CIVIL LOCAL RULE 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 11, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
James C. Yoon

Attorneys for Plaintiff
SANDISK CORPORATION

1  **DEMAND FOR JURY TRIAL**

2      Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and Rule 3-6(a) of the

3  Local Rules of the United States District Court for the Northern District of California, plaintiff

4  demands a trial by jury of this action.

5

6  Dated: July 11, 2007                               WILSON SONSINI GOODRICH & ROSATI

7                                                          Professional Corporation

8

9                                                          By: _____
                                                                            James C. Yoon

10                                                          Attorneys for Plaintiff
                                                        SANDISK CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28