| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| WILSON, SONSINI, ET AL<br>650 PAGE MILL ROAD<br>PALO ALTO CA 94304 | 650/493-9300<br><br>Ref. No. or File No. | |
| ATTORNEY FOR | | |
| Insert name of court and name of judicial district and branch if any. | | |
| SHORT TITLE OF CASE:<br>SANDISK V IMATION | | |

| INVOICE NO.<br>061826 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>C07-03588JL |
|---|---|---|---|---|

PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE COPIES OF THE:

   SUMMONS & COMPLAINT
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   DECLINATION TO PROCEED BEFORE A MAGISTRATE & REQUEST FOR
   REASSIGNMENT TO A U.S. DISTRICT JUDGE
   CIVIL CASE COVER SHEET
   NOTICE OF ASSIGNMENT OF CASE

2. a. PARTY SERVED: IMATION CORPORATION, a Delaware
                    corporation, d/b/a IMATION ENTERPRISES CORPORATION
                    BY SERVING: MARGARET WILSON, CT CORPORATION-AGENT FOR SERVICE

   b. PERSON SERVED: IMATION CORPORATION, a Delaware
                    corporation, d/b/a IMATION ENTERPRISES CORPORATION
                    BY SERVING: MARGARET WILSON, CT CORPORATION-AGENT FOR SERVICE

   c. ADDRESS: 818 W.7TH STREET
              LOS ANGELES CA 90017

3. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES ON 07/12/07 AT 3:11PM

5. PERSON SERVING: CLAUDIA GABRIELA PINEDA    FEE FOR SERVICE:$    240.00

LEGAL PURSUIT, INC                   d. Registered California process server
22 WEST ST. JOHN STREET              (1) [ ] Employee or [ X ] Independent Contractor
SAN JOSE, CA 95113                   (2) Registration No. 4965
408-288-4105 FAX 408-885-9577        (3) County: LOS ANGELES
                                     (4) Expiration: 2008

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 07/20/07                       > SIGNATURE

CONFORMS WITH JUDICIAL COUNCIL FORM # 982