| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| WILSON, SONSINI, ET AL<br>650 PAGE MILL ROAD<br>PALO ALTO CA 94304 | 650/493-9300<br><br>Ref. No. or File No. | |

ATTORNEY FOR

Insert name of court and name of judicial district and branch if any.

SHORT TITLE OF CASE:
SANDISK V IMATION

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 061827 | | | | C07-03588JL |

PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE COPIES OF THE:

   SUMMONS & COMPLAINT
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   DECLINATION TO PROCEED BEFORE A MAGISTRATE & REQUEST FOR
   REASSIGNMENT TO A U.S. DISTRICT JUDGE
   CIVIL CASE COVER SHEET
   NOTICE OF ASSIGNMENT OF CASE

2. a. PARTY SERVED: MEMOREX PRODUCTS,INC.a California corporation,formerly d/b/a MEMTEC PRODUCTS,INC,a California corporation. BY SERVING:MICHAEL GOLACINSKI-AGENT

   b. PERSON SERVED: MEMOREX PRODUCTS,INC.a California corporation,formerly d/b/a MEMTEC PRODUCTS,INC,a California corporation. BY SERVING:MICHAEL GOLACINSKI-AGENT

   c. ADDRESS: 712 PACIFIC AVENUE-
      MAHANTAN BEACH
      CERRITOS CA 90266

3. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES ON 07/18/07 AT 10:10PM

5. PERSON SERVING: MANUEL GIL          FEE FOR SERVICE:$   295.00


LEGAL PURSUIT, INC                d. Registered California process server
22 WEST ST. JOHN STREET           (1) [ ] Employee or [ X ] Independent Contractor
SAN JOSE, CA 95113                (2) Registration No. 4965
408-288-4105 FAX 408-885-9577     (3) County: LOS ANGELES
                                  (4) Expiration: 2007

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 07/20/07                              > SIGNATURE  Manuel Gil

CONFORMS WITH JUDICIAL COUNCIL FORM # 982