1  JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
   MICHAEL A. BERTA, State Bar No. 194650 (mberta@wsgr.com)
2  ARIANA M. CHUNG-HAN, State Bar No. 197572 (achung@wsgr.com)
   RYAN R. SMITH, State Bar No. 229323 (rsmith@wsgr.com)
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Plaintiff
7  SANDISK CORPORATION

8             UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 SANDISK CORPORATION, a Delaware      )   CASE NO.:  CV 07-3588 VRW
   corporation,                         )
                                        )
13          Plaintiff,                  )   **NOTICE OF VOLUNTARY**
                                        )   **DISMISSAL BY PLAINTIFF**
14      v.                              )
                                        )
15 IMATION CORPORATION, a Delaware      )
   corporation, d/b/a IMATION ENTERPRISES )
16 CORPORATION, MEMOREX PRODUCTS,       )
   INC., a California corporation, formerly d/b/a )
17 MEMTEC PRODUCTS, INC., a California  )
   corporation and DOES I to X,         )
18                                      )
           Defendants.                  )
19 ─────────────────────────────────────)

20      NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of

21 Civil Procedure, plaintiff SanDisk Corporation ("SanDisk") hereby voluntarily dismisses the

22 above captioned action against all defendants without prejudice.  Neither an answer to the

23 Complaint nor a motion for summary judgment has been served by any of the defendants.

24 Dated:  September 6, 2007          WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation
25

26
                                     By: /s/James C. Yoon
27                                       James C. Yoon

28                                   Attorneys for Plaintiff
                                     SANDISK CORPORATION

IT IS SO ORDERED
Judge Vaughn R Walker
9/14/2007