JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
MICHAEL A. BERTA, State Bar No. 194650 (mberta@wsgr.com)
ARIANA M. CHUNG-HAN, State Bar No. 197572 (achung@wsgr.com)
RYAN R. SMITH, State Bar No. 229323 (rsmith@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMATION CORPORATION, a Delaware corporation, d/b/a IMATION ENTERPRISES CORPORATION, MEMOREX PRODUCTS, INC., a California corporation, formerly d/b/a MEMTEC PRODUCTS, INC., a California corporation and DOES I to X,<br><br>Defendants. | CASE NO.: CV 07-3588 VRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF** |

IT IS SO ORDERED
Judge Vaughn R Walker
9/14/2007

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff SanDisk Corporation ("SanDisk") hereby voluntarily dismisses the above captioned action against all defendants without prejudice. Neither an answer to the Complaint nor a motion for summary judgment has been served by any of the defendants.

Dated: September 6, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/James C. Yoon
    James C. Yoon

Attorneys for Plaintiff
SANDISK CORPORATION

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: CV 07-3588 VRW